POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| David Haas CBN 165349<br>6285 East Spring Street # 210<br>Long Beach, CA  90808<br><br>TELEPHONE NO.: (714) 491-3720    FAX NO. *(Optional)*: (714) 491-3721<br>E-MAIL ADDRESS *(Optional)*: davidhaas@earthlink.net<br>ATTORNEY FOR *(Name)*: Plaintiffs Adrian Alonzo et al. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 312 N. Spring St.
MAILING ADDRESS: Same
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Western Division

| PLAINTIFF/PETITIONER: ADRIAN ALONZO ET AL. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: COUNTY OF LOS ANGELES ET AL. | CV10 - 6427 SVW (AJWx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. [✓] summons

   b. [✓] complaint

   c. [ ] Alternative Dispute Resolution (ADR) package

   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*

   e. [ ] cross-complaint     Notice Of Assignment To U.S. Magistrate Judge For Discovery;

   f. [✓] other *(specify documents)*: Notice To Counsel; Certification And Notice of Interested Parties

3. a. Party served *(specify name of party as shown on documents served)*:

      County Of Los Angeles

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

      Tammy Johnson, Deputy Clerk

4. Address where the party was served:

   500 West Temple Street, Room 383, Los Angeles, CA  90012 (Kenneth Hahn Hall Of Administration)

5. I served the party *(check proper box)*

   a. [✓] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on *(date)*: 9-21-10    (2) at *(time)*:  12:03 p.m.

   b. [ ] **by substituted service.** On *(date)*:      at *(time)*:      I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box.  I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:      from *(city)*:      or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2