FILED
CLERK, U.S. DISTRICT COURT

MAR 31 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ALONZO, an individual, GRACE ACUNA, an individual, ABEL ALONZO, an individual, GUADALUPE ALONZO, an individual | ) ) ) ) ) **CASE NO. CV10-6427 SVW (AJWx)** *[Assigned to the Hon. Stephen V. Wilson in Courtroom 6]* |

)
) **CASE NO. CV10-6427 SVW (AJWx)**
) *[Assigned to the Hon. Stephen V. Wilson*
) *in Courtroom 6]*
)
) **(PROPOSED) ORDER GRANTING**
) **STIPULATION RE: DISMISSAL OF**
) **CAUSES OF ACTION**

       Plaintiffs,

       vs.

COUNTY OF LOS ANGELES, THE
LOS ANGELES COUNTY
SHERIFF'S DEPARTMENT, DOES
1 THROUGH 10 inclusive, both in
their personal and official capacities,

       Defendants.

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

**Complaint Filed:  August 27, 2010**

**TRIAL DATE:    May 17, 2011**

       The Parties' Stipulation Re: Dismissal of Causes of Action and [Proposed] Order has come before this Court.

       The Court hereby grants the Parties' Stipulation Re: Dismissal of Causes of Action and dismisses the following causes of action with prejudice:

///

**Collins Collins
Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax    (626) 243-1111

*SMWJL:\17644\(PROPOSED) ORDER RE STIP RE DISMISSAL OF CAUSES OF ACTION.DOC*

1

1.  The Third Cause of Action (ADRIAN ALONZO's cause of action for Conspiracy);

2.  The Fourth Cause of Action (ADRIAN ALONZO's cause of action for Supervisory Liability);

3.  The Fifth Cause of Action (ADRIAN ALONZO's cause of action for Monell);

4.  The Sixth Cause of Action (ADRIAN ALONZO's cause of action for Unconstitutional Search);

5.  The Ninth Cause of Action (ADRIAN ALONZO's cause of action for Battery) as to DEPUTY MAT TAYLOR only;

6.  The Thirteenth Cause of Action (GRACE ACUNA's cause of action for Negligent Infliction of Emotional Distress);

7.  The Fourteenth Cause of Action (GRACE ACUNA's cause of action for Unconstitutional Search);

8.  The Fifteenth Cause of Action (ABEL ALONZO's cause of action for Negligent Infliction of Emotional Distress);

9.  The Sixteenth Cause of Action (ABEL ALONZO's cause of action for Unconstitutional Search);

10. The Seventeenth Cause of Action (GUADALUPE ALONZO's cause of action for Intentional Infliction of Emotional Distress);

11. The Eighteenth Cause of Action (GUADALUPE ALONZO's cause of action for Negligent Infliction of Emotional Distress); and

///
///
///
///
///
///

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax    (626) 243-1111

*SMWL:\17644\(PROPOSED) ORDER RE STIP RE DISMISSAL OF CAUSES OF ACTION.DOC*

2

**(PROPOSED) ORDER RE: STIPULATION RE: DISMISSAL OF CAUSES OF ACTION**

12.    The Nineteenth Cause of Action (GUADALUPE ALONZO's cause of action for Unconstitutional Search).

IT IS SO ORDERED.

DATED: _March 30_, 2010

_____
The Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

SMWL:\17644\(PROPOSED) ORDER RE STIP RE DISMISSAL OF CAUSES OF ACTION.DOC

(PROPOSED) ORDER RE: STIPULATION RE: DISMISSAL OF CAUSES OF ACTION